AO 442 (Rev. 11/11) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 12 2020
at 8 o'clock and 30 min. A M
MICHELLE RYNNE, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 19-00099 DKW-08 |
| HARRY K. KAUHI, aka "Harry Boy" | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST (08) HARRY K. KAUHI, aka "Harry Boy"  and bring him or her forthwith to the nearest district/ magistrate judge to answer a Superceding Indictment , charging him or her with (brief description of offense)

Count 1: Racketeering Conspiracy
Count 7: Murder-for-Hire Conspiracy
Count 16: Conspiracy to Distribute and Possess With Intent to Distribute Controlled Substances
Count 17: Carrying and Use of a Firearm During and in Relation to a Drug Trafficking Crime
Count 18: Hobbs Act Robbery
Count 19: Carrying and Using a Firearm During and in Relation to a Crime of Violence

• in violation of Title 18 United States Code, Section(s) 1962(d), 18:1958, 21:846, 18:924(c)(1)(A)(I) and 2, 18:1951, 18:924(c)(1)(A)(ii)

RECEIVED 2020 JUN 19 AM 9: 22 U.S. MARSHALS SERVICE HONOLULU, HI

| Date: | June 18, 2020 | Lian Abernathy, Clerk of Court |
|---|---|---|
| | | Name and Title of Issuing Officer |
| | | /S/ Lian Abernathy by deputy clerk ET |
| | | Prepared/Signed By: |
| Location: | Honolulu, Hawaii | |

By: Kenneth J. Mansfield, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/14/2020 | SA Steven Warthall | see attachment |
| Date of Arrest 7/15/2020 | | |

AO 442 (Rev. 11/11) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 19-00099 DKW-08 |

HARRY K. KAUHI, aka "Harry Boy"

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST (08) HARRY K. KAUHI, aka "Harry Boy" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Superceding Indictment, charging him or her with (brief description of offense)

Count 1: Racketeering Conspiracy
Count 7: Murder-for-Hire Conspiracy
Count 16: Conspiracy to Distribute and Possess With Intent to Distribute Controlled Substances
Count 17: Carrying and Use of a Firearm During and in Relation to a Drug Trafficking Crime
Count 18: Hobbs Act Robbery
Count 19: Carrying and Using a Firearm During and in Relation to a Crime of Violence

* in violation of Title 18 United States Code, Section(s) 1962(d), 18:1958, 21:846, 18:924(c)(1)(A)(I) and 2, 18:1951, 18:924(c)(1)(A)(ii)

Date: June 18, 2020

Lian Abernathy, Clerk of Court
Name and Title of Issuing Officer

Location: Honolulu, Hawaii

/S/ Lian Abernathy by deputy clerk ET
Prepared/Signed By:

By: Kenneth J. Mansfield, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received 7/14/2020 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 7/15/2020 | SA STEVEN WESTHALL | |