MARK R. ZENGER
Richards & Zenger
P.O. Box 3966
Lihue, HI 96766
Telephone No. : (808) 632-0723
Email Address : mrz@richardsandzenger.com

Attorney for Defendant
HARRY K. KAUHI (08)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO: 19-00099-DKW (08) |
|---|---|---|
| Plaintiff, | ) ) ) | **DECLARATION OF MARK R. ZENGER; CERTIFICATE OF SERVICE** |
| vs. | ) ) | |
| HARRY K. KAUHI, (08), | ) ) | |
| Defendant. | ) ) ) | |

### **DECLARATION OF MARK R. ZENGER**

Pursuant to 28 U.S.C. § 1746, I, MARK R. ZENGER, hereby declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Hawaii and admitted to practice before this Court.

2. I am counsel for Defendant HARRY K. KAUHI, (08) (hereinafter "MR. KAUHI") in the above-captioned matter (hereinafter referred to as "U.S. v.

Miske, et. al"),  having been appointed by Magistrate Kenneth J. Mansfield under the Criminal Justice Act in August 2020.

3. All of the information stated herein is information which I learned in my capacity as counsel for MR. KAUHI in U.S. v. Miske, et. al.  If called as a witness I could and would testify to the truth of the matters stated herein except as to those matters stated to be true on information and belief, and as to those matters I believe them to be true.

4. There are eleven (11) co-defendants in U.S. v. Miske, et. al.

5. On March 25, 2021, the Government and several of the eleven (11) defendants filed a motion to continue the jury trial in U.S. v. Miske, et. al. seeking to move the date of the commencement of the jury trial from September 13, 2021 to sometime in late March 2022 (the "Joint Motion to Continue Jury Trial").  MR. KAUHI was one of the defendants that joined in said motion.

6. On May 20, 2021 I had an attorney-client interview with MR. KAUHI, who was then and is now incarcerated at the Federal Detention Center in Honolulu, Hawaii.

7. During that attorney-client interview, MR. KAUHI, *inter alia*, made certain statements to me to the effect that he would waive his presence at the hearing on the Joint Motion to Continue Jury Trial.

8. In deference to the possible application of the attorney-client privilege, I am not setting forth the specific statements that comprise his waiver of his presence Joint Motion to Continue Jury Trial, but will be more specific in that regard if ordered by the Court to do so.

9. Based on the foregoing, MR. KAUHI waives his presence at the hearing on the Joint Motion to Continue Jury Trial, said hearing being scheduled to commence on Tuesday, June 22, 2021 at 9:30 a.m., Magistrate Kenneth J. Mansfield, presiding.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Executed this 21st day of June, 2021 at Eleele, Kauai, Hawaii.

>     /s/ Mark R. Zenger
>     MARK R. ZENGER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.: 19-00099-DKW (08) |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| vs. ) | |
| ) | |
| HARRY K. KAUHI, JR. (08), ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the date noted below, the true and correct copy of the foregoing was served electronically through CM/ECF:

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii
MICHAEL NAMMAR
MICAH SMITH
MARK A. INCIONG
Assistant U.S. Attorneys

Lynn E. Panagakos, Esq.
Michael N. Burt, Esq.
Thomas M. Otake, Esq.

4

Attorneys for Defendant Michael J. Miske, Jr. (1)

Walter J. Rodby, Esq.
Attorney for Defendant John B. Stancil (2)

Donald L. Wilkerson, Esq.
Attorney for Defendant Kaulana Freitas (3)

Birney B. Bervar, Esq.
Attorney for Defendant Lance L. Bermudez (4)

Clarence M. Virtue, Esq.
Attorney for Defendant Dae Han Moon (5)

Cynthia Kagiwada, Esq.
Attorney for Defendant Preston M. Kimoto (6)

Gary K. Springstead, Esq.
Natanyah Ganz, Esq.
Heath M. Lynch, Esq.
Kathryn M. Springstead, Esq.
Nicole E. Springstead-Stolte, Esq.
Tessa K. Muir, Esq.
Attorneys for Defendant Michael Buntenbah (7)

Ronald Richards, Esq.
Leighton K. Lee, Esq.
Attorneys for Norman L. Akau, III (9)

Andrew M. Kennedy, Esq.
Attorney for Hunter J. Wilson (10)

Dana S. Ishibashi, Esq.
Attorney for Jarrin K. Young (11)

DATED: Eleele, Kauai, Hawaii, June 21, 2021.

            */s/ Mark R. Zenger*
            MARK. R. ZENGER
            Attorney for Defendant
            HARRY K. KAUHI (08)