IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No.: 19-00019-DKW (08) |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF MARK R.** |
| | ) | **ZENGER** |
| vs. | ) | |
| | ) | |
| HARRY K. KAUHI, JR. (08), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF MARK R. ZENGER

Pursuant to 28 U.S.C. § 1746, I, MARK R. ZENGER, hereby declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Hawaii and admitted to practice before this Court.

2. I am counsel for Defendant HARRY K. KAUHI, JR. (08) (hereinafter "MR. KAUHI") in the above-captioned matter (hereinafter referred to as "U.S. v. Miske, et. al"), having been appointed by Magistrate Kenneth J. Mansfield under the Criminal Justice Act in August 2020.

3. All of the information stated herein is information which I learned in my capacity as counsel for "MR. KAUHI") in U.S. v. Miske, et. al If called as a witness I could and would testify to the truth of the matters stated herein except as

to those matters stated to be true on information and belief, and as to those matters I believe them to be true.

    4.    There are eleven (11) defendants U.S. v. Miske, et. al.

    5.    On October 18, 2021 Defendant MICHAEL J. MISKE, JR. (01) filed a motion to continue the jury trial in U.S. v. Miske, et. al. seeking to move the date of the commencement of the jury trial from March 21, 2022 to sometime in September, 2022 (the "Miske Motion to Continue Jury Trial").

    6.    On November 1, 2021 I had an attorney-Client interview with MR. KAUHI, who was then and is now incarcerated at the Federal Detention Center in Honolulu, Hawaii.

    7.    During that attorney-Client interview, MR. KAUHI, *inter alia*, made certain statements to me to the effect that:

    A.    he would waive his presence at the hearing on the Mikse Motion to Continue Jury Trial; and

    B.    he had no objection to the court continuing the jury trial from March, 21, 2022 to sometime in September, 2022, or whenever the Court determines appropriate under the circumstances.

8. In deference to the possible application of the attorney-client privilege, I am not setting forth the specific statements that comprise his waiver of his presence Miske Motion to Continue Jury Trial, but will be more specific in that regard if ordered by the Court to do so.

9. Based on the foregoing, MR. KAUHI waives his presence at the hearing on the Miske Motion to Continue Jury Trial, said hearing being scheduled to commence on Friday, November 5, 2021 at 9:45 a.m., Magistrate Kenneth J. Mansfield, presiding.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Executed this 1st day of November, 2021 at Eleele, Kauai, Hawaii.

/s/ Mark R. Zenger
MARK R. ZENGER

---

**DECLARATION OF MARK R. ZENGER; United States District Court, District of Hawaii, U.S.A. v. Harry K. Kauhi, (08), Cr. No.: 19-00019-DKW (08)**

---